FORM 26. Docketing Statement

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 16-1943

Network Apparel Group, LP.

v.

Airwave Networks Incorporated

## DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent: Apogee Telecom, Inc.

Party is (select one)

- ☐ Appellant/Petitioner
- ☐ Cross-Appellant
- ☒ Appellee/Respondent
- ☐ Intervenor

Tribunal appealed from and Case No.: U.S. District Court for the Western District of Texas (Waco Division) - C.A. Nos. 6:15-cv-00134 and 6:15-cv-00135

Date of Judgment/Order: 3/30/2016

Type of Case: Patent Infringement

Relief sought on appeal: Denial of Appellants' relief requested.

Relief awarded below (if damages, specify): Appellants' case was dismissed.

Briefly describe the judgment/order appealed from: The Report and Recommendation of the U.S. Magistrate Judge was adopted and Appellants' claims were dismissed.

Nature of judgment (select one)

- ☒ Final Judgment, 28 USC 1295
- ☐ Rule 54(b)
- ☐ Interlocutory Order (specify type)
- ☐ Other (explain; *see* Fed. Cir. R. 28(a)(5))

**FORM 26. Docketing Statement**

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued: None.

Brief statement of the issues to be raised on appeal: Denial of Appellants' request to reverse the District Court's adoption of the Report and Recommendation of the U.S. Magistrate Judge and dismissal of Appellants' claims.

Have there been discussions with other parties relating to settlement of this case? [x] Yes [ ] No

If "yes," when were the last such discussions?

- [ ] Before the case was filed below?
- [x] During the pendency of the case below?
- [ ] Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated? [ ] Yes [x] No

If they were mediated, by whom? N/A

Do you believe that this case may be amenable to mediation? [ ] Yes [x] No

If you answered no, explain why not: The Court found that Appellants' claims were meritless, based on an invalid patent. The adoption of the Report and Recommendation of the U.S. Magistrate and the Final Judgment should stand.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

None.

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this

9th day of May, 2016

by: CM/ECF and/or email

(manner of service)

Steve R. Borgman
Name of Counsel

/s/ Steve R. Borgman
Signature of Counsel

Law Firm VINSON & ELKINS LLP

Address 1001 Fannin Street, Suite 2500

City, State, ZIP Houston, TX 77002-6760

Telephone Number 713-758-2002

FAX Number 713-615-5758

E-mail Address sborgman@velaw.com

## CERTIFICATE OF SERVICE

I, Steve R. Borgman, hereby certify that on May 9, 2016, I caused the foregoing **DOCKETING STATEMENT** to be served on the following parties as indicated below:

| | |
|---|---|
| David G. Henry, Sr.<br>James L. Reed, Jr.<br>Michael D. Ellis<br>GRAY, REED & McGRAW, P.C.<br>1300 Post Oak Blvd., Suite 2000<br>Houston, TX 77056<br>Tel: 713-986-7000<br>Fax: 713-986-7100<br>Email: dhenry@grayreed.com<br>Email: jreed@grayreed.com<br>Email: mellis@grayreed.com<br>***Attorneys for Network Apparel Group, LP*** | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>dhenry@grayreed.com<br>jreed@grayreed.com<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>**[X] By Email**<br>mellis@grayreed.com |
| Tracy J. Willi<br>James N. Willi<br>WILLI LAW FIRM, P.C.<br>9600 Escarpment Blvd., Suite 745, PMB 34<br>Austin, TX 78749<br>Tel: 512-288-3200<br>Fax: 512-288-3202<br>Email: twilli@willi.com<br>Email: jwilli@willi.com<br>***Attorneys for Airwave Networks Incorporated*** | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/EC**F<br>jwilli@willi.com<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>**[X] By Email**<br>twilli@willi.com |

| | |
|---|---|
| Dwayne C. Norton<br>Michael J. Fagan, Jr.<br>CHEN MALIN LLP<br>1700 Pacific Avenue, Suite 2400<br>Dallas, TX 75201<br>Tel: 214-627-9950<br>Fax: 214-627-9940<br>Email: dnorton@chenmalin.com<br>Email: mfagan@chenmalin.com<br>***Attorneys for Elauwit, LLC*** | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>dnorton@chenmalin.com<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>**[X] By Email**<br>mfagan@chenmalin.com |
| Lawrence D. Graham<br>LOWE GRAHAM JONES, PLLC<br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>Tel: 206-381-3300<br>Fax: 206-381-3301<br>Email:<br>Graham@LoweGrahamJones.com<br>***Attorneys for Pavlov Media, Inc.*** | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>Graham@LoweGrahamJones.com<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email |
| Kevin L. Daffer<br>CONLEY ROSE, P.C.<br>816 Congress Avenue, Suite 320<br>Austin, TX 78701<br>Tel: 512-475-1400<br>Fax: 512-703-1250<br>Email:<br>kdaffer@mathesonkeys.com<br>***Attorneys for Kadirnet, LLC*** | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>kdaffer@mathesonkeys.com<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email |

| | |
|---|---|
| Chris J. Schwegmann<br>Jared D. Eisenberg<br>Mark E. Turk<br>LYNN PINKER COX & HURST, LLP<br>2100 Ross Avenue #2700<br>Dallas, TX 75201<br>Tel: 214-981-3800<br>Fax: 214-981-3839<br>Email: mturk@lynnllp.com<br>***Attorneys for Time Warner Cable, Inc. and Time Warner Cable Texas, LLC*** | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>cschwegmann@lynnllp.com<br>jeisenberg@lynnllp.com<br>mturk@lynnllp.com<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email |

By: *<u>/s/ Steve R. Borgman</u>*
Steve R. Borgman