# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 16-1943

Network Apparel Group, LP

v.

Airwave Networks Incorporated

## DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent: Network Apparel Group, LP

Party is (select one)

- ☒ Appellant/Petitioner
- ☐ Cross-Appellant
- ☐ Appellee/Respondent
- ☐ Intervenor

Tribunal appealed from and Case No.: U. S. District Court for the W.D. Tex; C.A. No: 6:15-cv-00134

Date of Judgment/Order: 3/30/2016

Type of Case: patent infringement

Relief sought on appeal: Reverse order dismissing Appellant's case and remand to district court.

Relief awarded below (if damages, specify): Dismissal of Appellant's case.

Briefly describe the judgment/order appealed from: Order adopting Magistrate Judge's Report And Recommendation to grant Appellees' motion to dismiss patent infringement claim.

Nature of judgment (select one)

- ☒ Final Judgment, 28 USC 1295
- ☐ Rule 54(b)
- ☐ Interlocutory Order (specify type)
- ☐ Other (explain; *see* Fed. Cir. R. 28(a)(5))

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued

None.

Brief statement of the issues to be raised on appeal Reversal of district court's Order adopting Magistrate Judge's Report and Recommendation to grant Appellees' motion to dismiss patent infringement.

Have there been discussions with other parties relating to settlement of this case? ☒ Yes ☐ No If "yes," when were the last such discussions?

☐ Before the case was filed below?

☒ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated? ☐ Yes ☒ No

If they were mediated, by whom?

Do you believe that this case may be amenable to mediation? ☐ Yes ☒ No

If you answered no, explain why not Order dismissing this case found that the patent is directed to an abstract idea. Until that determination is reversed, there are no practical bases for settlement.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

None.

I certify that I filed this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this

10th day of May, 2016

by: CM/ECF and email

(manner of service)

| Michael D. Ellis | /s/ Michael D. Ellis |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Gray Reed & McGraw, PC

Address: 1300 Post Oak Blvd., Suite 2000

City, State, ZIP: Houston, Texas, 77056

Telephone Number: 713-986-7184

FAX Number: 713-986-7100

E-mail Address: mellis@grayreed.com

Reset Fields

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2016, a true and correct copy of the foregoing instrument was served on all known counsel of record through the Court's ECF system and via email pursuant to Federal Rule of Civil Procedure 5(b)(3) and Local Rule CV-5 to the counsel listed below:

Tracy J. Willi
James N. Willi
WILLI LAW FIRM, P.C.
9600 Escarpment Blvd., Ste. 745, PMB 34
Austin, Texas 78749
twilli@willi.com
jwilli@willi.com
***Attorneys for Airwave Networks Incorporated***

Steve R. Borgman
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, Texas 77002
sborgman@velaw.com
***Attorneys for Apogee Telecom, Inc.***

Dwayne C. Norton
Michael J. Fagan, Jr.
CHEN MALIN LLP
1700 Pacific Avenue, Suite 2400
Dallas, Texas 75201
dnorton@chenmalin.com
mfagan@chenmalin.com
***Attorneys for Elauwit, LLC***

Lawrence D. Graham
LOWE GRAHAM JONES, PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
graham@lowegrahamjones.com
***Attorneys for Pavlov Media, Inc.***

Christopher J. Schwegmann
Jared D. Eisenberg
Mark E. Turk
LYNN PINKER COX & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
cjs@lynnllp.com
jeisenberg@lynnllp.com
mturk@lynnllp.com
***Attorneys for Time Warner Cable Inc.***

*<u>/s/ Michael D. Ellis</u>*
Michael D. Ellis