Case No. 16-1943

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

NETWORK APPAREL GROUP, LP,

*Plaintiff-Appellant*,

CLARUS DATA, INC., KHI-TW, LLC,

*Plaintiffs*,

v.

AIRWAVE NETWORKS INCORPORATED, APOGEE TELECOM, INC.,
ELAUWIT, LLC, KADIRNET, LLC, PAVLOV MEDIA, INC.,
TIME WARNER CABLE INC., TIME WARNER CABLE TEXAS, LLC,

*Defendants-Appellees*.

Appeal from the United States District Court for the Western District of Texas,
Waco Division in Case No. 6:15-CV-00134, Walter S. Smith, Jr.

## OPPOSED MOTION TO STAY BRIEFING PENDING THE DISTRICT COURT'S DISPOSITION OF MOTIONS FOR ATTORNEYS' FEES

Plaintiff-Appellant Network Apparel Group, LP ("Network Apparel"), and

Plaintiffs Clarus Data, Inc. and KHI-TW, LLC, move to stay briefing in this appeal

pending the district court's disposition of motions for attorneys' fees filed by two of the defendants-appellees.

This is a patent-infringement case wherein Network Apparel alleged infringement by Defendants-Appellees, among others, of Network Apparel's U.S. Patent No. 7,631,079. This appeal by Network Apparel is from an order granting Defendants-Appellees motion to dismiss based on the allegation that the patent-in-suit was directed to an abstract idea.

Defendants-Appellees Apogee Telecom, Inc. and Elauwit, LLC have moved for attorneys' fees, alleging that this case is exceptional under 35 U.S.C. § 285. Regardless of the outcome of decision on the motions for attorneys' fees, there will likely be an appeal of that decision by one (or more) of the parties.

The issues in this appeal and the issues in the motions for attorneys' fees are directly related. Consolidating this appeal with a future, separate appeal concerning the disposition of the motions for attorneys' fees will conserve both the parties' and the Court's resources by allowing the parties to address all issues in one set of briefs. *See, e.g.*, *Orenshteyn v. Citrix Sys., Inc.*, 318 F. App'x 888, 889 (Fed. Cir. 2008) (appellate proceedings stayed pending outcome of motions for sanctions and attorneys' fees). Counsel for each of the Defendants-Appellees opposes this request.

For the above reasons, Plaintiff-Appellant Network Apparel requests the Court to stay this appeal pending the district court's resolution of Apogee Telecom,

Inc.'s and Elauwit, LLC's motions for attorneys' fees. Network Apparel further requests that the Court consolidate this appeal with any future appeal from the district court's decision on the motions for attorneys' fees.

Respectfully submitted,


*/s/ David G. Henry*
David G. Henry
Jim L. Reed
Michael D. Ellis
dhenry@grayreed.com
jreed@grayreed.com
mellis@grayreed.com
**Gray Reed & McGraw, P.C.**
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
713-986-7000
713-986-7100 (fax)

May 11, 2016                    *Attorneys for Plaintiffs-Appellants*

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that on April 25 and May 4, 2016, I conferred with counsel for each defendant-appellee, who stated that they were opposed to the above requested relief.

*/s/ James L. Reed, Jr.*
James L. Reed, Jr.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Network Apparel Group, LP          **v.**          Airwave Networks Incorporated

Case No. _____ 16-1943 _____

## CERTIFICATE OF INTEREST

Counsel for the:

☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

Network Apparel Group, LP

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Network Apparel Group, LP | Network Apparel Group, LP | None |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

4.   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

David Henry, Jim Reed, Michael Ellis, & Russell Jumper of Gray Reed & McGraw, PC; John Palmer of Naman Howell Smi

May 11, 2016

Date

/s/ David G. Henry

Signature of counsel

Please Note: All questions must be answered

David G. Henry

Printed name of counsel

cc:    see Certificate of Service

Reset Fields

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 11, 2016, a true and correct copy of the foregoing instrument was served on all known counsel of record through the Court's ECF system pursuant to Federal Rule of Civil Procedure 5(b)(3) and Local Rule CV-5 to the counsel listed below:

| | |
|---|---|
| Tracy J. Willi<br>James N. Willi<br>WILLI LAW FIRM, P.C.<br>9600 Escarpment Blvd., Ste. 745,<br>PMB 34<br>Austin, TX 78749<br>twilli@willi.com<br>jwilli@willi.com<br>***Attorneys for Airwave Networks Incorporated*** | Steve R. Borgman<br>VINSON & ELKINS LLP<br>1001 Fannin Street, Suite 2500<br>Houston, Texas 77002<br>sborgman@velaw.com<br><br>Janice Le Ta<br>VINSON & ELKINS<br>2801 Via Fortuna, Suite 100<br>Austin, Texas  78746<br>jta@velaw.com<br>***Attorneys for Apogee Telecom, Inc.*** |
| Dwayne C. Norton<br>Michael J. Fagan, Jr.<br>CHEN MALIN LLP<br>1700 Pacific Avenue, Suite 2400<br>Dallas, TX 75201<br>dnorton@chenmalin.com<br>mfagan@chenmalin.com<br>***Attorneys for Elauwit, LLC*** | Lawrence D. Graham<br>LOWE GRAHAM JONES, PLLC<br>Graham@LoweGrahamJones.com<br>701 Fifth Avenue, Suite 4800<br>Seattle, Washington 98104<br>Graham@LoweGrahamJones.com<br>***Attorneys for Pavlov Media, Inc.*** |

| Chris J. Schwegmann<br>Mark E. Turk<br>Jared Eisenberg<br>LYNN PINKER COX & HURST, LLP<br>2100 Ross Avenue, Suite 2700<br>Dallas, TX 75201<br>cschwegmann@lynnllp.com<br>mturk@lynnllp.com<br>jeisenberg@lynnllp.com<br>***Attorneys for Time Warner Cable,***<br>***Inc. and***<br>***Time Warner Cable Texas, LLC*** | |

*/s/ James L. Reed, Jr.*
James L. Reed, Jr.