NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NETWORK APPAREL GROUP, LP, CLARUS DATA, INC., dba Korcett Holdings, Inc., KHI-TW, LLC,**
*Plaintiffs-Appellants*

v.

**AIRWAVE NETWORKS INCORPORATED, APOGEE TELECOM, INC., ELAUWIT, LLC, INC., TIME WARNER CABLE INC., TIME WARNER CABLE TEXAS LLC,**
*Defendants-Appellees*

**PAVLOV MEDIA,**
*Defendant*

---

2016-1943, -2036

---

Appeals from the United States District Court for the Western District of Texas in Nos. 6:15-cv-00134-WSS, 6:15-cv-00135-WSS, 6:15-cv-00136-WSS, 6:15-cv-00138-WSS, and 6:15-cv-00139-WSS, Judge Walter S. Smith, Jr.

---

**ON MOTION**

---

**O R D E R**

2          NETWORK APPAREL GROUP, LP v. AIRWAVE NETWORKS
INCORPORATED

Network Apparel Group, LP, Clarus Data, Inc., dba Korcett Holdings, Inc., KHI-TW, LLC, and Pavlov Media, Inc. move to withdraw Pavlov from this appeal in view of a settlement.

Because Pavlov was a party in the district court proceedings now on appeal, Pavlov will remain in the caption but only as a defendant rather than a defendant-appellee to indicate that it is not a party to this appeal.

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent that the official caption is revised to reflect that Pavlov is not a party to this appeal.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32